# EXHIBIT 2



Exhibit 2 - Page 1 of 13

## Medical Insurance:  The reality

- Employers need a new and aggressive **cost containment strategy** for their health insurance plans.
- This strategy will need to:
  - **Deliver Value** - affordable deductible options, robust network of providers, telemedicine, utilize centers for excellence, bundled treatment packages.

  - **Manage the Employer's Health Risk** -  promote prevention, drive mental health services, help people with lifestyle choices, *__manage high cost claimants__*

  - **Drive Efficiencies** -  smart financing, centralized underwriting, self-funding, automation, low cost administration.

Exhibit 2 - Page 2 of 13

## How does a level-funded plan work?

▶ These are the basic parts of a self-funded medical plan:

- ▶ Stop loss contract
- ▶ Claims administration Third Party Administrator
- ▶ Provider Network
- ▶ Pharmacy Benefit Manager
- ▶ Benefit administration/billing system
- ▶ Compliance services
- ▶ Broker services

Exhibit 2 - Page 3 of 13

## Stop Loss insurer:  BreckPoint

▶ Stop Loss carrier

  ▶ Once a large claim hits $150,000, reinsurance will kick in. $150,000 is the "specific deductible".

  ▶ The stop loss carrier could also pay for claims if the employer group hits an "aggregate deductible" during the year.  This is not very common, but provides the employer with a blanket of insurance coverage if the entire group were to have a very bad claims year – as a whole.

Exhibit 2 - Page 4 of 13

## Claims Third Party Administrator:  **S&S Health**

▶ Self-funded medical plans hire a Third Party Administrator to process the medical claims for their employees.

▶ S&S Health is a TPA based in Cincinnati, OH and administers employer plans throughout the U.S.

▶ Providers and facilities will find S&S Health listed on the member's ID cards, as the "Claims Payor".  Providers will send bills to S&S Health.

▶ S&S Health also performs Utilization Review on claims (pre-authorizations, reviews for medical necessity, etc.)  Currently, these functions are all performed by Premera.

▶ S&S Health is the entity that physically PAYS the providers, once claims have been processed.

4

Exhibit 2 - Page 5 of 13

## Provider Network:  **CIGNA**

▶ The self-funded medical insurance plan "rents" a network of participating providers,  physicians and facilities.  In this case, the plan will be renting the Cigna network.

▶ Cigna is a national network and is very similar to the National Blue Cross/Blue Shield network of providers, in terms of the number of participating providers.

▶ Providers contact S&S Health (the TPA) to verify benefits and eligibility.  Cigna cannot see eligibility for Oregon Potato Company in their system.

▶ Members will log into S&S Health to view claims and will call S&S Health for Customer Service issues.

5

Exhibit 2 - Page 6 of 13

## Pharmacy Benefit Manager:  Southern Scripts

- A self-funded medical plan purchases the services of a Pharmacy Benefit Manager or PBM.

- This company negotiates the costs of the drugs with the drug companies, creates the drug formulary, processes Rx claims, and acts as the "gate keeper" for prescription drug benefits and usage.

- The PBM processes the "pre-authorizations" for the drugs that are high cost and have lower cost alternatives.

- Participating pharmacies are the "First Choice Pharmacy Network" and includes most of the chains:  Walmart, Walgreens, Costco, CVS, Fred Meyer, Rite Aid, etc.

Exhibit 2 - Page 7 of 13

## Benefit Administration/Billing:  Vimly

▶ Vimly will continue to be the billing, eligibility, premium collection, and COBRA administrator.

▶ **IMPORTANT NOTE:  There will be a CHANGE to the way that the OPC locations pay their premiums to Vimly.  Vimly will SWEEP client's bank accounts on the 1st of every month.  We will no longer accept checks or allow clients to PUSH money to Vimly on the day they choose.  The ACH for the premium will be taken by Vimly on the 1st of every month.**

Exhibit 2 - Page 8 of 13

## Compliance:  Cicotte Law

▶ Self funded plans have additional compliance and reporting requirements.

▶ This program will provide compliance services to employers, as part of the package.

▶ Whenever possible, compliance will be performed by vendors on behalf of the clients.

▶ There are times that the employer has to complete compliance tasks themselves.  But guidance and direction on these tasks will be provided.

   ▶ **Non-discrimination testing**

   ▶ **ERISA document preparation**

   ▶ **HIPAA Privacy**

8

Exhibit 2 - Page 9 of 13

## Compliance:  Employer Responsibility

- 1094/1095 reporting – ACA reporting
  - Employers who offer self-funded insurance plans are required to complete 1094/1095 reporting to the IRS – regardless of their size.
  - This reporting involves employers generating a 1095 C form to every employee that was covered on the medical insurance plan during the calendar year.
  - Employer also completes the 1094 C form and submits to the IRS.
  - Some Employers have payroll systems that can complete this process.  They will need to set this up to report for the time period 9/1/2023-12/31/2023 and file by February 28, 2024 (by paper) or March 31, 2024 (electronically).
  - ***This process is an undertaking that the employer will need to review, understand, and become familiar with.***

9

Exhibit 2 - Page 10 of 13

## Broker:  PayneWest Insurance

▶ PayneWest Insurance will continue to assist employers in the same capacity:  answering employee benefit questions, assisting with claims resolution, answering billing questions and benefit inquiries, helping HR with enrollment/terms/reporting.

▶ Additionally, employee education will be paramount with this move.  PayneWest will provide concise and easy to understand benefit information about the new benefit plans.

10

Exhibit 2 - Page 11 of 13

## WHY SHOULD EMPLOYERS TAKE PART IN THIS PROGRAM?

▶ Cost containment – FINALLY!

▶ Premium savings.

▶ High cost claimants are given the best coverage for their conditions.

▶ Robust provider network – nationwide

▶ Stable ancillary benefits

▶ Benefit Administration Platform

▶ Combined billing Services

▶ COBRA Administration

▶ Compliance Services

▶ Employee "concierge" services to assist with claims resolution

▶ Telehealth services

▶ Small groups outside of the WSADIT do not have access to this program

11

Exhibit 2 - Page 12 of 13

## Next Steps

▶ Signed paperwork back from group no later than **August 4.**

▶ Employee meetings during **August/early September.**

▶ Go live **October 1**.

Exhibit 2 - Page 13 of 13