# EXHIBIT 3

| | |
|---|---|
| **From:** | Dan Downard <Dan.Downard@oregonpotato.com> |
| **Sent:** | Wednesday, September 10, 2025 11:56 AM |
| **To:** | Elizabeth Oberan |
| **Cc:** | Janelle McClory |
| **Subject:** | FW: OPC - FINAL renewal offer for 10-2023 |
| **Attachments:** | OPC renewal 10-2023 v2.0.pdf |

| | |
|---|---|
| **Importance:** | High |

**From:** Martin, Tricia (MMA) <tmartin@paynewest.com>
**Sent:** Tuesday, June 27, 2023 4:20 PM
**To:** Janelle McClory <jmcclory@westernmort.com>; Dan Downard <Dan.Downard@oregonpotato.com>
**Cc:** Strong, Darrell W (MMA) <dstrong@paynewest.com>
**Subject:** OPC - FINAL renewal offer for 10-2023

Janelle/Dan,
Attached are the offers that came back from our recent RFP. We can jump on a call to discuss as there are several things to note. Here are the highlights:

**Medical Plan:**
1. We are showing the Premera renewal with the necessary increase to the HRA funding, which results in the larger increase.
2. The Level-Funded CIGNA plan is a 2 year rate guarantee. The stop loss vendor has also confirmed that if Frank does end up being a claimant that we would normally move to an individual plan, they will allow his coverage to remain "as is" without the individual plan option. They do not want to disrupt his coverage/services if he prefers to remain on the plan. It would still be an insurance change (Premera to CIGNA). The rates shown have increased HRA funding.
3. Aetna provided a competitive proposal, but is not willing to offer a 2nd year rate cap. The rates shown have increased HRA funding.
4. PacificSource is so-so and offered a 2nd year rate cap of 9.7%. The rates shown have increased HRA funding.
5. United Healthcare quoted, but are not competitive and so they are not on the benefit summary breakout.

**Dental Plan:**
6. Delta Dental has offered a 2 year dental rate. The Delta plan can be paired with the CIGNA and PacificSource Plans.
7. Aetna dental could be offered with the Aetna medical plan, which would mean 1 ID card for medical and dental coverage. Aetna dental has 2nd year rate cap of 6.5%.

**Vimly update:**
Vimly is working on a change for their 4th quarter business and will now be charging for programming time whenever carrier changes are made by a group at renewal. They are indicating they will be charging $5,000 per line of coverage that changes carrier (i.e. medical is one line and dental is another line). We are still working on negotiations with them on this, but this is where things stand right now. More to come on this.

Let me know when you have a moment to discuss further.
Thank you!!

1

Exhibit 3 - Page 1 of 8

**Tricia Martin**
**Senior Client Manager, Employee Health & Benefits**
PayneWest Insurance, MMA Northwest Region
tmartin@paynewest.com | 509-946-2646
390 Bradley Boulevard |Richland, WA | 99352
www.paynewest.com
A business of Marsh McLennan
d/b/a Marsh & McLennan Insurance Agency LLC

This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer.

Please note that coverage cannot be bound or altered by sending an email. You must speak with or receive written confirmation from a licensed representative of our firm to put coverage in force or make changes to your existing program. Thank you.

Exhibit 3 - Page 2 of 8

# Oregon Potato Company & associated entities
RFP Analysis October 1, 2023

## Medical:

| Current Annual: | $15,839,758.20 | Renewal Annual: | $18,963,985.69 | Premium Change: | 19.72% |
|---|---|---|---|---|---|

| Carrier | Results | | |
|---|---|---|---|
| | Plan / Notes | Premium | Change |
| Level Funded with CIGNA | PPO / Robust national network.  2 year rate guarentee. | $15,839,758.20 | 0.00% |
| Fully Insured Aetna | PPO / Robust national network.  No 2nd year rate cap. | $17,051,424.00 | 7.65% |
| Fully Insured PacificSource | PPO / National network is Aetna.  2nd year rate cap of 9.7% | $18,095,588.47 | 14.24% |
| United Healthcare | Not competitive.  Not shown on benefit illustration | $18,585,853.18 | 17.34% |
| Asuris Northwest Health | Did not quote - Network is not viable outside of WA | | |
| Kaiser of WA | Did not quote - Network is not viable outside of WA | | |

Exhibit 3 - Page 3 of 8

**Oregon Potato Company**
**Total Benefit Package Cost Comparison**
*October 1, 2023*

| *Medical* | Current Premera | Premera | Cigna | Aetna |
|---|---|---|---|---|
| Current | $15,839,758 | $18,963,986 | $15,839,758 | $17,051,424 |
| Percentage of Change | | 19.72% | 0.00% | 7.65% |
| Premium Difference | | $3,124,227 | $0 | $1,211,666 |

| *Dental* | Current Premera | Premera Dental | Delta Dental | Aetna Dental |
|---|---|---|---|---|
| Current | $742,239 | $780,267 | $736,029 | $765,515 |
| Percentage of Change | | 5.12% | -0.84% | 3.14% |
| Premium Difference | | $38,027 | -$6,210 | $23,276 |

| *Vision* | Current VSP | Renewal VSP | Renewal VSP | Renewal VSP |
|---|---|---|---|---|
| Current | $153,141 | $153,141 | $153,141 | $153,141 |
| Percentage of Change | | 0.00% | 0.00% | 0.00% |
| Premium Difference | | $0 | $0 | $0 |

| *Total Package* | *Current* Premera Premera VSP | *Renewal* Premera Premera Dental VSP | Option 1 CIGNA Delta Dental VSP | Option 2 Aetna Aetna Dental VSP |
|---|---|---|---|---|
| Annual | $16,735,139 | $19,897,394 | $16,728,929 | $17,970,081 |
| % over current | | 18.90% | -0.04% | 7.38% |
| Premium chg over current | | $3,162,255 | -$6,210 | $1,234,942 |

| **NOTES:** | | | 2 year medical and dental rate. CIGNA and Delta Dental networks are very robust. Delta is better than Premera dental network. Downside is two ID cards for EE's - one for Medical and one for Dental. This level funded plan aims result in much smaller rate increases over the next 10 years. | 2nd year rate cap of 9.7%. Would pair with Delta Dental. Downside is two ID cards for EE's - one for Medical and one for Dental. |
|---|---|---|---|---|

Exhibit 3 - Page 4 of 8



PayneWest INSURANCE
A Marsh & McLennan Agency LLC company

Medical Cost Analysis
October 1, 2023

| | Current /Renewal — Premera | Option 1 — CIGNA |
|---|---|---|
| | **$8,550 with $8,350 HRA** — IN NETWORK | **$8,550 with $8,350 HRA** — IN NETWORK |
| Deductible (individual & family) | $8,550 / $17,100 | $8,550 / $17,100 |
| HRA Allocation (individual) | $8,350 | $8,350 |
| Net Deductible (after HRA) | $200 | $200 |
| Max Out of Pocket (includes deductible) | $8,550 / $17,100 | $8,550 / $17,100 |
| Net Out of Pocket Max (after HRA) | $200 | $200 |
| Coinsurance | 100/0 | 100/0 |
| Office Visits | $25 co-pay; $35 for specialists | $25/$35 |
| Diagnostic Lab & X-ray | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Emergency Room | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Hospitalization | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Prescription Drugs | Essentials Pharmacy: $15/$35/$50  Specialty:  30% | $15/$30/$50 |
| Alternative Care | $25 co-pay for chiro, $25 for acupuncture.  12 visit limit for both chiro and acupuncture per calendar year. | $25 co-pay for acupuncture;  $25 co-pay for chiro.  Visit limit is customizable |
| Notes | Premera agreed to increase outpatient rehab benefits to 25 visits for no rating impact.  Request from RMT.  Currently 15 visits. | Level-Funded / Self-Funded plan.  25 outpatient rehab benefits can be offered. |

**Rates**

| | | OPC Current (Premera) | OPC Renewal (Premera) | Option 1 (CIGNA) | OPC Renewal (CIGNA) |
|---|---|---|---|---|---|
| HRA Administrative Fees | | $5/$10/$10/$10 | $5/$10/$10/$10 | $0/$0/$0/$0 | |
| HRA Claims Funding | | $55/$110/$110/$110 | $55/$110/$110/$110 | $110/$220/$220/$220 | |
| Employee Only | 911 | $643.42 | $719.74 | $643.42 | $774.74 |
| Employee Spouse | 191 | $1,461.73 | $1,639.57 | $1,461.73 | $1,749.57 |
| Employee + Family | 160 | $1,962.51 | $2,208.55 | $1,962.51 | $2,318.55 |
| Employee Child(ren) | 108 | $1,302.15 | $1,458.62 | $1,302.15 | $1,568.62 |
| **Total Employee Count  1370** | | | | | |
| Estimated Total Monthly Premium | | $1,319,979.85 | $1,479,737.14 | $1,319,979.85 | $1,580,332.14 |
| Estimated Total Annual Premium | | $15,839,758.20 | $17,756,845.69 | $15,839,758.20 | $18,963,985.69 |
| Increase over current | | | 12.10% | 0.00% | 19.72% |

NOTE:  This proposal includes an $11.25 Administrative Fee which provides client with combined billing & COBRA services, creation of a Summary Plan Description & Wrap document, and 5500 preparation/filing.  Any employee who WAIVES medical coverage will still be subject to the administrative fee if they are purchasing a coverage OTHER than medical.

**NOTES:**

An increase in HRA funding is needed.  Commission is 2.5%.  Premera is not offering a year 2 rate cap.

Vimly is charging $5,000 per line of coverage for programming costs with a new carrier.  This is a 2 year rate.  Rates will change again on 10/1/2025.  Commission is $10 PEPM

Exhibit 3 - Page 5 of 8

Exhibit 3 - Page 6 of 8

| | Option 2 | Option 3 |
|---|---|---|
| | **Aetna** | **PacificSource** |
| | **$8,550 with $8,350 HRA** | **$8550 with $8,350 HRA** |
| | **IN NETWORK** | **IN NETWORK** |
| Deductible (individual & family) | $8,550 / $17,100 | $8,550 / $17,100 |
| HRA Allocation (individual) | $8,350 | $8,350 |
| Net Deductible (after HRA) | $200 | $200 |
| Max Out of Pocket (includes deductible) | $8,550 / $17,100 | $8,550 / $17,100 |
| Net Out of Pocket Max (after HRA) | $200 | $200 |
| Coinsurance | 100/0 | 100/0 |
| Office Visits | $25/$35 | $25/$35 |
| Diagnostic Lab & X-ray | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Emergency Room | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Hospitalization | subject to deductible/coinsurance | subject to deductible/coinsurance |
| Prescription Drugs | $15/$30/$60 | $15/$30/$50 |
| Alternative Care | $35 co-pay for chiro, $25 for 2cupuncture.  20 visits for both chiro and acupuncture per calendar year. | $25 co-pay for chiro, $25 for acupuncture |
| Notes | 25 outpatient rehab benefits are offered. | 30 outpatient rehab benefits are offered. |
| HRA Administrative Fees | $5/$10/$10/$10 | $5/$10/$10/$10 |
| HRA Claims Funding | $110 / $220 / $220 / $220 | $110 / $220 / $220 / $220 |
| **Rates** | **Option 2** | **Option 3** |
| Employee Only | $698.52 | $740.13 |
| Employee Spouse | $1,571.98 | $1,668.92 |
| Employee + Family | $2,073.87 | $2,207.45 |
| Employee Child(ren) | $1,412.35 | $1,497.67 |
| **Total Employee Count** | | |
| Estimated Total Monthly Premium | $1,420,952.00 | $1,507,965.71 |
| Estimated Total Annual Premium | $17,051,424.00 | $18,095,588.47 |
| Increase over current | **7.65%** | **14.24%** |
| | NOTE:  This proposal includes an $11.25 Administrative Fee which provides client with combined billing & COBRA services, creation of a Summary Plan Description & Wrap document, and 5500 preparation/filing.  Any employee who WAIVES medical coverage will still be subject to the administrative fee if they are purchasing a coverage OTHER than medical. | |
| NOTES: | Vimly is charging $5,000 per line of coverage for programming costs with a new carrer.  Commission is 2.5%.  Aetna is not offering a year 2 rate cap. | Vimly is charging $5,000 per line of coverage for programming costs with a new carrer.  Commission is 2.5%.  PacificSource is offering a year 2 rate cap of 9.7%. |

**PayneWest**
INSURANCE
A Marsh & McLennan Agency LLC company

Dental Cost Analysis
October 1, 2023

| Rates | | Current | Renewal | Option 1 / if moving to CIGNA or PacificSource plan | Option 2 / if moving to AETNA plan |
|---|---|---|---|---|---|
| | | | | Includes OPC, PNW Veg, and DFF.  Rocky Mountain Twist does not participate. | |
| | | Premera | | Delta Dental | Aetna |
| Employee Only | 781 | $30.85 | $32.43 | $28.93 | $31.82 |
| Employee Spouse | 180 | $66.33 | $69.73 | $59.97 | $68.41 |
| Employee + Family | 156 | $116.70 | $122.68 | $124.20 | $120.35 |
| Employee Child(ren) | 92 | $82.77 | $87.01 | $93.17 | $85.36 |
| **Estimated Monthly Premium** | 1209 | **$61,853.29** | **$65,022.23** | **$61,335.77** | **$63,792.94** |
| **Estimated Annual Premium** | | **$742,239.48** | **$780,266.76** | **$736,029.24** | **$765,515.28** |
| **Percentage of Change** | | | **5.12%** | **-0.84%** | **3.14%** |
| **Deductible and Annual Maximum** | | | | | |
| **Deductible - waived for Class 1 Services** | | | | | |
| Individual | | $50 | | $50 | $50 |
| Family | | $150 | | $150 | $150 |
| **Annual Benefit Maximum per calendar year** | | $1,500 | | $1,500 | $1,500 |
| **Class 1 Services** | | | | | |
| Examples:  oral exams, cleanings , bitewing x-rays, fluoride & sealants for children, space maintainers | | Paid at 100%.  Preventive services do not count against the $1,500 annual benefit maximum | | Paid at 100%.  Preventive services do not count against the $1,500 annual benefit maximum | Paid at 100%. |
| **Class 2 Services** | | | | | |
| Examples:  Fillings, simple extractions, emergency exams, oral surgery, periodontics, oral surgery | | Subject to deductible and then paid at 80% | | Subject to deductible and then paid at 80% | Subject to deductible and then paid at 80% |
| **Class 3 Services** | | | | | |
| Example:  Crowns, dentures, bridges, root canals, implants | | Subject to deductible and then paid at 60% | | Subject to deductible and then paid at 60% | Subject to deductible and then paid at 60% |
| **Orthodontia Services** | | | | | |
| Orthodontia benefit | | 50% up to $1,000 lifetime maximum | | 50% up to $1,000 lifetime maximum | 50% up to $1,000 lifetime maximum |
| Available for Adults and Children? | | Children only, up to age 19 | | Children only, up to age 26 | Children only, up to age 19 |
| **NOTES:** | | | | Rates are good until 9/30/2025 | Rate cap for the 10/1/2024 renewal is 6.5% |

Exhibit 3 - Page 7 of 8



**PayneWest** INSURANCE
A Marsh & McLennan Agency LLC company

Vision Cost Analysis
October 1, 2023

| | | Includes OPC, PNW Veg, RMT, and DFF |
|---|---|---|
| | | **Current / Renewal** |
| | | **Vision Service Plan** |
| Employee Only | 911 | $7.03 |
| Employee + Spouse | 191 | $11.26 |
| Employee + Family | 160 | $18.53 |
| Employee + Child(ren) | 108 | $11.50 |
| Monthly Premium | 1370 | $12,761.79 |
| Annual Premium | | $153,141.48 |
| **Percentage of Change** | | |
| | | **VSP Preferred Providers** |
| Eye Exam Co-Pay | | $20 |
| Contact Lense Exam Co-Pay | | Up to $60 |
| Hardware Co-Pay | | $20 |
| Eye Exam | | Every 12 Months |
| Lens Benefit | | Every 12 Months |
| Frame Benefit | | Every 12 Months |
| | | |
| Standard Single Vision Lenses | | |
| Standard Lined Bifocal Lenses | | Covered after Co-Pay |
| Standard Lined Trifocal Lenses | | |
| Standard Lenticular Lenses | | |
| Frame | | up to $150 Allowance on all brands + 20% disount on overage |
| Elective Contact Lenses | | up to $130 Allowance in lieu of lenses and frame |
| Necessary Contact Lenses | | up to $130 Allowance |
| Rate guarantee | | Until 10/1/2023 |
| Notes: | | |

Exhibit 3 - Page 8 of 8